DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANEITA CLARKE,**
Appellant,

v.

**JOSEPH J. MATHER,**
**MICKLEWHITE MANDARIN HOLDINGS, INC.,** and **JACQUELINE**
**CROCKETT,**
Appellees.

No. 4D21-3255

[July 7, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 062019CA013877AXXXCE.

Jay M. Levy of Jay M. Levy, P.A., Miami, for appellant.

Evan S. Rosenberg, Gary S. Rosner and Jessica Maxey of Ritter Chusid, LLP, Coral Springs, and Steven C. Weitz of Weitz & Schwartz, P.A., Fort Lauderdale, for appellee Joseph J. Mather.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***